UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
In re:                                              :  SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT        :  Adv. Pro. No. 08-01789 (BRL)
SECURITIES LLC,                                :  (Substantively Consolidated)
         Debtor.                             :
---------------------------------------------------------------- :
In re:                                              :
BERNARD L. MADOFF,                         :
                                                          :
         Debtor.                             :
---------------------------------------------------------------- :
IRVING H. PICARD, Trustee for the Liquidation of  :  Adv. Pro. No. 10-04330 (BRL)
Bernard L. Madoff Investment Securities LLC,       :
                                                          :
         Plaintiff,                           :  Case No. 12-cv-02490 (JSR) (HBP)
                                                          :
-against-                                           :  ECF Case
                                                          :
SQUARE ONE FUND LTD., et al,              :
                                                          :
         Defendants.                      :
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Sarah E. Mendola of Tannenbaum Helpern Syracuse & Hirschtritt LLP has been retained as an attorney for Defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., and Partners Advisers S.A., appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
      April 11, 2012

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: s/ Sarah E. Mendola
    Sarah E. Mendola

900 Third Avenue
New York, New York 10022
(212) 508-7535
Email – mendola@thsh.com

*Attorneys for Defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., Partners Advisers S.A.*