UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

IRVING H. PICARD, ESQ. TRUSTEE     Plaintiff,

Case No. 12cv2490

-against-

SQUARE ONE FUND LTD.     Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Tammy P. Bieber__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____   My State Bar Number is  2720175

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Shearman & Sterling LLP
            FIRM ADDRESS: 599 Lexington Avenue NY, NY 10022
            FIRM TELEPHONE NUMBER: (212) 848-5333
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Tannenbaum Helpern Syracuse & Hirschtritt LLP
            FIRM ADDRESS: 900 Third Avenue NY, NY 10022
            FIRM TELEPHONE NUMBER: (212) 508-6700
            FIRM FAX NUMBER: (212) 371-1084

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: May 23, 2012

ATTORNEY'S SIGNATURE