UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

IRVING H. PICARD, ESQ. TRUSTEE   Plaintiff,

Case No. 12cv2490

-against-

SQUARE ONE FUND LTD.   Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending            [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Sarah E Mendola__
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is  4646238

I am,

[✓]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Dechert LLP
            FIRM ADDRESS: 1095 Avenue of the Americas NY, NY 10036
            FIRM TELEPHONE NUMBER: (212) 641-5633
            FIRM FAX NUMBER:_____

NEW FIRM:   FIRM NAME: Tannenbaum Helpern Syracuse & Hirschtritt LLP
            FIRM ADDRESS: 900 Third Avenue NY, NY 10022
            FIRM TELEPHONE NUMBER: (212) 508-6700
            FIRM FAX NUMBER: (212) 371-1084

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: May 23, 2012

_____
ATTORNEY'S SIGNATURE