UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Debtor. | SIPA LIQUIDATION<br>Adv. Pro. No. 08-01789 (BRL)<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>-against-<br><br>SQUARE ONE FUND LTD., et al,<br><br>                Defendants. | Adv. Pro. No. 10-04330 (BRL)<br><br>Case No. 12-cv-02490 (JSR) (HBP)<br><br>ECF Case |

------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

Kindly withdraw the appearance of Sarah E. Mendola on behalf of Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., and Partners Advisers S.A. in connection with the above-captioned matter. The law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP will continue to represent Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., and Partners Advisers S.A.

                              Respectfully submitted,

                              By:    s/ Sarah E. Mendola
                                          Sarah E. Mendola
                                          TANNENBAUM HELPERN SYRACUSE
                                                & HIRSCHTRITT LLP
                                          900 Third Avenue,

          New York, New York 10022
          (212) 508-6700
          (212) 371-1084 (FAX)

*Attorneys for Defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., Partners Advisers S.A.*

Dated: November 30, 2012

[971507-1]