UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br>Adv. Pro. No. 08-01789 (BRL)<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>        -against-<br><br>SQUARE ONE FUND LTD., et al,<br><br>        Defendants. | Adv. Pro. No. 10-04330 (BRL)<br><br>Case No. 12-cv-02490 (JSR) (HBP)<br><br>ECF Case |

------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE**, that Richard W. Trotter of Tannenbaum Helpern Syracuse & Hirschtritt LLP has been retained as an attorney for Defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., and Partners Advisers S.A., appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
       November 8, 2013

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: s/ Richard W. Trotter
     Richard W. Trotter

900 Third Avenue
New York, New York 10022
(212) 508-7542
Email – trotter@thsh.com

*Attorneys for Defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., Partners Advisers S.A.*

[989440-1]